## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fear of God, LLC

                Plaintiff,

v.

                Case No.: 1:24−cv−03785

                Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The Court reads the parties' joint status report to suggest that at least some of the information sought by the motion to compel will be useful if not necessary to resolve Defendant's motion to dismiss and to modify the asset restraint. To the extent this is the case, the Court urges the parties to sort out their differences without having to resort to court intervention. For example, the Court does not view the LR 37 meet and confer described in the motion as exhibiting a good faith effort to resolve the dispute. Indeed, it would seem that some discovery materials must be produced in order to decide whether Defendant "has not sold a single item of clothing or apparel to the Illinois, the United States, or anywhere else in the world, and is not in even the same industry as Plaintiff," as Defendant maintains. [Dkt. [58]]. Defendant's response to the motion to compel [56] is due by August 1, 2024. Any reply is due by August 5, 2024, though the parties are free to inform the Court that they have resolved their dispute at any time. The Court will set a briefing schedule on the remaining motions after resolving the motion to compel. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.