## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fear of God, LLC

                Plaintiff,

v.

                Case No.: 1:24−cv−03785

                Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 6, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion to compel [56] is granted. Having reviewed the parties' filings, Defendant Nanjing Hanrun Paper Co does not dispute that it uses Plaintiff's trademark to help sell its products. Instead, Defendant Nanjing argues its products do not ultimately contain the trademark [compare 57−4 at 1, with 64 at 2−3]. But as Plaintiff notes in its reply brief, a Lanham Act violation occurs when a registered trademark is used &quot;in connection with the sale" of a product. [65 at 1]. Accordingly, Defendant Nanjing must respond to Plaintiff's discovery requests, which are largely tailored to the issue of whether this Court has personal jurisdiction. Defendant Nanjing's discovery responses are due August 19, 2024. In so ruling, the Court reiterates its belief that this dispute can be resolved without Court intervention and it urges the parties to find a mutually agreeable solution. If necessary, by August 21, 2024, the parties are to propose a joint briefing schedule for Defendant Nanjing's motion to dismiss, where the reply brief must be filed before the end of September. Mailed notice (maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.