IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEAR OF GOD, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ANHUI QIYU TRADING CO., LTD., et al.,<br><br>  Defendants. | Case No. 24-cv-03785<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Fear of God, LLC ("Plaintiff") and Defendant No. 41, Nanjing Hanrun Paper Co., Ltd. ("Defendant") (collectively, the "Parties") hereby jointly notify the Court that the Parties have reached a settlement in principle. Accordingly, the Parties respectfully request that the Court stay all case deadlines regarding the Parties for thirty (30) calendar days to permit the Parties to execute and effectuate the settlement agreement. The Parties will file the appropriate dismissal papers once the agreement has been effectuated.

1

Dated this 21st day of August 2024.

Respectfully submitted,

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff Fear of God, LLC*

/s/ Christopher Keleher
Christopher Keleher
The Keleher Appellate Law Group, LLC
1 E. Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

/s/ Lan Li
Lan Li
Anchor Law LLC
1 E. Erie St., Suite 525
Chicago, IL 60611
312-718-6573
lan.li@anchorlawllc.com

*Counsel for Defendant No. 41
Nanjing Hanrun Paper Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Trevor C. Talhami
Amy C. Ziegler
Justin R. Gaudio
Trevor C. Talhami
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
ttalhami@gbc.law
lfaria@gbc.law

*Counsel for Plaintiff Fear of God, LLC*