## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fear of God, LLC

                        Plaintiff,

v.                                                   Case No.: 1:24−cv−03785

                                                         Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion to stay [69] is granted because it appears the parties have reached a settlement. The motion to modify and the motion to dismiss [51] [53] are both denied without prejudice. By September 23, 2024 the parties are to file a status report as to the progress of settlement unless a stipulation of dismissal is filed sooner. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.